IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| PRICE OIL, INC., ) | Case No. 05-34286 |
| ) | Chapter 11 Proceeding |
| Debtor. ) | |
| _____ ) | |

## MOTION TO AMEND JOINT APPLICATION TO EMPLOY CAHABA CAPITAL ADVISORS, L.L.C. AND AEA GROUP, L.L.C. AS FINANCIAL AND RESTRUCTURING ADVISORS

Price Oil, Inc., together with its captioned affiliates, Armstrong Properties, LLC, Lion's Pride Properties, LLC, Roadmaster Food Stores, LLC, Roadmaster One, LLC, and Torque Transportation, LLC, debtors and debtors-in-possession (the "Debtors"), move the Court for authority to amend their joint application to employ Cahaba Capital Advisors, L.L.C. ("Cahaba Capital") and AEA Group, L.L.C. ("AEA") as financial and restructuring advisors to the Debtors, as follows:

### PROCEDURAL POSTURE

1. On December 22, 2005 (the "Filing Date"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101, et seq. (the "Bankruptcy Code").

2. The Debtors are operating their businesses and managing their financial affairs as debtors-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in the Debtors' cases. The Court appointed an official committee of unsecured creditors in the Debtors' cases.

1/1447944.2  1

3. The Debtors filed a Joint Application to Employ Cahaba Capital Advisors, L.L.C. and AEA Group, L.L.C. as Financial and Restructuring Advisors Pursuant to 11 U.S.C. §§ 327(a) and 328 and Rule 2014 of the Federal Rules of Bankruptcy Procedure on December 27, 2006 (the "Application"). The Court entered an order approving the Application on January 12, 2006. The Debtors incorporate herein by reference all paragraphs contained in the Application.

## JURISDICTION AND NOTICE

4. The Debtors bring the instant motion to amend their application (the "Amended Application") pursuant to Section 327(a) of the Bankruptcy Code.

5. The Court has jurisdiction over the Amended Application pursuant to 28 U.S.C. § 1334(b). The Amended Application is a core proceeding under 28 U.S.C. § 157(b)(2).

6. The Debtors have served a copy of the Amended Application on the Bankruptcy Administrator, counsel for Colonial Bank, counsel for the Unsecured Creditors Committee and all parties requesting notice (collectively, the "Service Group").

## RELIEF REQUESTED

7. The Debtors require the assistance of AEA in discharging their duties under the Bankruptcy Code. The Debtors seek to amend their previous Application to include, without limitation, preparation and filing of the Debtors' tax returns. AEA tax professionals have experience in federal and state taxation matters and

Case 05-34286   Doc 547   Filed 05/09/06   Entered 05/09/06 15:29:05   Desc Main
                Document      Page 2 of 4

the field of accounting. Compensation will be provided on the same terms and conditions stated in the letter agreement attached as Exhibit 2 to the Declarations (as defined in the Application).

**WHEREFORE, PREMISES CONSIDERED,** the Debtors request that the Court enter an order authorizing the Debtors to amend their employment of Cahaba Capital and AEA as financial and restructuring advisor, pursuant to Section 327 of the Bankruptcy Code and Bankruptcy Rule 2014(a); and granting such further relief as the Court deems appropriate in the circumstances.

Respectfully submitted this 5th day of May, 2006.

Price Oil, Inc.

By: _Scott Armstrong_
Its: _Vice President_

Armstrong Properties, LLC

By: _Scott Armstrong_
Its: _Vice President_

Lion's Pride Properties, LLC

By: _Scott Armstrong_
Its: _Vice President_

Roadmaster Food Stores, LLC

By: _Scott Armstrong_
Its: _Vice President_

Roadmaster One, LLC

By: _Scott Armstrong_
Its: _Vice President_

Torque Transportation, LLC

By: _Scott Armstrong_
Its: _Vice President_

Debtors and Debtors In Possession

1/1447944.2                                          3

Case 05-34286   Doc 547   Filed 05/09/06   Entered 05/09/06 15:29:05   Desc Main
                          Document      Page 3 of 4

**ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION:**
John P. Whittington
Jay R. Bender
M. Leesa Booth
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8500